**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JENNIFER R. ARNOLD ROGERS,

      Plaintiff,

v.                                        Case No. 6:14-cv-228-Orl-37KRS

CITY OF ORLANDO, FLORIDA; RUDY
RODRIGUEZ; and JABIEL M.
HERNANDEZ,

      Defendants.

**ORDER**

This cause is before the Court on the following:

1. Defendants' and Chief John Mina's Unopposed Motion for Protective Order (Doc. 29), filed May 20, 2015; and

2. Joint Stipulation of Dismissal of Defendant Jabiel M. Hernandez (Doc. 40), filed June 9, 2015.

Upon consideration, the Court finds that Defendants' unopposed motion to exclude City of Orlando Chief of Police John Mina from testifying at trial (Doc. 29) is due to be granted. Additionally, the Court construes the parties' joint stipulation (Doc. 40) as a Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulated dismissal of all claims against Defendant Jabiel M. Hernandez.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Defendants' and Chief John Mina's Unopposed Motion for Protective Order (Doc. 29) is **GRANTED**. City of Orlando Chief of Police John Mina is **EXCLUDED** from testifying in the trial beginning June 16, 2015 (Doc. 34).

    2.    Pursuant to the parties' joint stipulation (Doc. 40), all claims against Defendant Jabiel M. Hernandez are **DISMISSED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 12, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record